# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1533
_____

CASSANDRA L. CARLSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

March 4, 2026

PER CURIAM.

The Court dismisses the petition alleging ineffective assistance of appellate counsel on the merits. *See* Fla. R. App. P. 9.141(d)(6)(C).

LEWIS, ROBERTS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Cassandra L. Carlson, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.